USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TERESITA  SANTIAGO,  RAMON  LORENZO  and
TERESITA  SANTIAGO,  as  the  Mother  and  Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,

                                **Plaintiffs,**

                   - against -

GREYHOUND LINES, INC.,

                              **Defendant**
-------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MARIA  MERCEDES  ROSARIO  BRETON,  FABIAN
GARCIA and PAOLA GARCIA,

                            **Plaintiffs,**
               - against –

GREYHOUND LINES, INC.,

                              **Defendant**
-------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ZIBO WANG,

                            **Plaintiff,**

               - against -

GREYHOUND  LINES,  INC.,  and  "Jane  Doe"  as
Administrator of THE ESTATE OF RONALD BURGESS,
Deceased,

                        **Defendants.**
-------------------------------------------------------------------------X

**CONSOLIDATION
STIPULATION**

06 CIV. 7108 (PKL)

Action No. 1

06 CIV. 7110 (PKL)

Action No. 2

06 CIV. 11382 (PKL)

Action No. 3

374365.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

KIRSTEN ANDERSON,

06 CIV. 13371 (PKL)

                                        Plaintiff,

            - against -                                    Action No. 4

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                        Defendant
---------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

LAURE BOUDET,

07 CIV. 3098 (PKL)

                                        Plaintiff,

            -against-                                      Action No. 5

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                        Defendants.
---------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATEOF ANTONIDE DORCE, deceased, and          07 CIV. 3289 (PKL)
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and
MARIE LILIANE MILARD,                                      Action No. 6

                                        Plaintiffs,

            - against -

GREYHOUND LINES, INC.,

                                        Defendant
---------------------------------------------------------------------------X

374365_1                              2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

CHRISTIAN YOPA and ABI-SARA MACHOLD,

          Plaintiff,

      -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

          Defendants.
-------------------------------------------------------------------------------X

07 CIV. 6889 (PKL)

Action No. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

SHERRY ANN ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

          Plaintiffs,

      -against-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

          Defendants.
-------------------------------------------------------------------------------X

07 CIV 8364 (PKL)

Action No. 8

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsels for

the parties that the above captioned matters and below referenced matter are hereby consolidated

pursuant to F.R.C.P. Rule 42(a) for all purposes, under case number 06 Civ. 13371
(lead case number going forward).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased, 12435 Av de
Saint-Castin Montreal, Quebec H3M 2L9 Canada,

                                        Plaintiffs,                 07 CIV 9299 (PKL)

               -against-                                           Action No. 9

GREYHOUND LINES INC.

                                        Defendants.
-----------------------------------------------------------------X

FABIANI COHEN & HALL, LLP                        TAUB & MAUDER

_____ (JBF 6098)       _____
Attorneys for Defendants                         Attorneys for Plaintiffs in Actions No. 1
GREYHOUND LINES, INC. and                        And Action No. 2 TERESITA SANTIAGO,
LAIDLAW INTERNATIONAL, INC.                      RAMON LORENZO and TERESITA
570 Lexington Avenue 4th Floor                   SANTIAGO, as mother and natural
New York, New York  0022                         guardian of KAREN SANTIAGO DIAZ and
(212) 644-4420                                   HENRY LORENZO, infants; MARIA
                                                 MERCEDES ROSARIO BRETON,
                                                 FABIAN GARCIA and  PAOLA GARCIA
                                                 450 Seventh Avenue, 37th Floor
                                                 New York, New York 10123
                                                 (212) 967-1122

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased, 12435 Av de
Saint-Castin Montreal, Quebec H3M 2L9 Canada,

|  |  |
|---|---|
| Plaintiffs, | 07 CIV 9299 (PKL) |
| -against- | Action No. 9 |

GREYHOUND LINES, INC.

Defendants.
--------------------------------------------------------------------X

| FABIANI COHEN & HALL, LLP | TAUB & MARDER |
|---|---|
| _____ | _____ |
| Attorneys for Defendants | Attorneys for Plaintiffs in Actions No. 1 |
| GREYHOUND LINES, INC. and | And Action No. 2 TERESITA SANTIAGO, |
| LAIDLAW INTERNATIONAL, INC. | RAMON LORENZO and TERESITA |
| 570 Lexington Avenue, 4th Floor | SANTIAGO, as mother and natural |
| New York, New York 10022 | guardian of KAREN SANTIAGO DIAZ and |
| (212) 644-4420 | HENRY LORENZO, infants; MARJA |
|  | MERCEDES ROSARIO BRETON, |
|  | FABIAN GARCIA and  PAOLA GARCIA |
|  | 450 Seventh Avenue, 37th Floor |
|  | New York, New York 10123 |
|  | (212) 967-1122 |

RICH & RICH, P.C.

Attorneys for Plaintiff in Action No. 3
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

KREINDLER & KREINDLER

Attorneys for Plaintiffs in Action No. 4
and Action No. 7 KIRSTEN
ANDERSON; CHRISTIAN YOPA and
ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

GOLDBERG SEGALLA, LLP

Attorneys for Plaintiff in Action No. 5
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

RUBENSTEIN & RYNECKI, ESQS.

Attorneys for Plaintiff in Action No. 6
BETTY DORCE EXUME , as
Administratrix of the Estate of
ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and MARIE
LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

374365_1

5

RICH & RICH, P.C.

KREINDLER & KREINDLER

---

Attorneys for Plaintiff in Action No. 3
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

Attorneys for Plaintiffs in Action No. 4
and Action No. 7 KIRSTEN
ANDERSON; CHRISTIAN YOPA and
ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

GOLDBERG SEGALLA, LLP

RUBENSTEIN & RYNECKI, ESQS.

---

Attorneys for Plaintiff in Action No. 5
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

Attorneys for Plaintiff in Action No. 6
BETTY DORCE EXUME , as
Administratrix of the Estate of
ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and MARIE
LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

374365_1

5

RICH & RICH, P.C.

KREINDLER & KREINDLER

---

Attorneys for Plaintiff in Action No. 3
ZIBO WANG
30 Vesey Street
New York, New York 1 3007
(212) 406-0440

---

Attorneys for Plaintiffs in Action No. 4
and Action No. 7 KIRSTEN
ANDERSON, CHRISTIAN YOPA and
ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

GOLDBERG SEGALLA, LLP

RUBENSTEIN & RYNECKI ESQS

$RP 4953)$

---

Attorneys for Plaintiff i 1 Action No. 5
LAURIE BOUDET
GOLDBERG SEGALL A, LLP
Attorneys for Plaintiff l oudet
5789 Widewaters Parkv·ay
Syracuse, New York 13: 14
(315) 413-5400

---

Attorneys for Plaintiff in Action No. 6
BETTY DORCE EXUME , as
Administratrix of the Estate of
ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and MARIE
LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

374365_1

5

NORMAN LISS ATTORNEYS-AT-LAW, P.C.

_____
Attorneys for Plaintiffs in Action No. 8
SHERRY ANN GEORGE, SHERRY ANN
GEORGE, as Mother and Natural
Guardian of VOSHONA GEORGE, Infant,
and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased,
200 W 57th Street
New York, New York 10019
(212) 586-6165


Dated:  New York, New York
        December 18, 2007



                SO ORDERED



        _____
                USDJ

THE LIETZ LAW FIRM, PLLC

_____
David Kevin Lietz, Esquire
DC Bar No. 430557
Admitted Pro Hac Vice
Attorneys for Plaintiffs in Action No. 9
CHEIKH SIDY MOHAMED
TAMBADOU and OURY CISSE,
Individually and as Co-Liquidators of
the Estate of SOULEYMANE
TAMBADOU
888 16th Street North West
Washington, DC 20006
(202) 349-9869

NORMAN LISS ATTORNEYS-AT-LAW, P.C.

Attorneys for Plaintiffs in Action No. 8
SHERRY ANN GEORGE, SHERRY ANN
GEORGE, as Mother and Natural
Guardian of VOSHONA GEORGE, Infant,
and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased,
200 W 57th Street
New York, New York 10019
(212) 586-6165


Dated: New York, New York
         December 18, 2007


THE LIETZ LAW FIRM, PLLC

David Kevin Lietz, Esquire
DC Bar No. 430557
Admitted Pro Hac Vice
Attorneys for Plaintiffs in Action No. 9
CHEIKH SIDY MOHAMED
TAMBADOU and OURY CISSE,
Individually and as Co-Liquidators of
the Estate of SOULEYMANE
TAMBADOU
888 16th Street North West
Washington, DC 20006
(202) 349-9869


**SO ORDERED**

1/02/08

USDJ