UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ZIBO WANG,

                Plaintiff,

     v.

GREYHOUND LINES, INC., and THE
GOODYEAR RUBBER and TIRE COMPANY,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Electronically Filed

06 CIV 11382 (GBD) (DF)

[Related to 06 CIV 13371 (GBD)]

**STIPULATION AND ORDER
OF DISCONTINUANCE WITH
PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Zibo Wang and Defendant The Goodyear Tire & Rubber Company (sometimes referred to herein as "The Goodyear Rubber and Tire Company") and So Ordered by the Court, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above-captioned action be and is hereby discontinued with prejudice as against defendant The Goodyear Tire & Rubber Company, only, with each party to bear its own costs.

Dated: New York, New York
      April 26, 2010

RICH & RICH, PC

By: _____
    Jeffrey M. Rich
Attorneys For Plaintiff *Zibo Wang*
30 Vesey Street
New York, NY 10007
Tel: 212-406-0440

HERRICK, FEINSTEIN, LLP

By: _____
    Alan D. Kaplan
Attorneys for Defendant
*THE GOODYEAR TIRE & RUBBER
COMPANY, s/h/a THE GOODYEAR
RUBBER and TIRE COMPANY*
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 29 JUN 2010

SO ORDERED:   '2 9 JUN 2010

_George B. Daniels_
U.S.D.J.
HON. GEORGE B. DANIELS

2