UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and
Natural Guardian of KAREN SANTIAGO DIAZ
and HENRY LORENZO, infants,

                             Plaintiff,

-against-

GREYHOUND LINES, INC.,

                             Defendants.

------------------------------------------------------------x

06 Civ. 13371 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

      Plaintiff's Motion for a Liability Case Expense Assessment and for the Establishment of a Common Benefit Fund is denied.

Dated: February 3, 2011
       New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge