USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KIRSTEN ANDERSON and SOCIETE DE
L'ASSURANCE AUTOMOBILE DU QUEBEC,
                    Plaintiffs,

-against-

GREYHOUND LINES, INC., and THE
GOODYEAR RUBBER and TIRE COMPANY,
                      Defendants.
------------------------------------------------------------X
       AND RELATED ACTIONS
------------------------------------------------------------X

06 CIVIL 13371(GBD)

**JUDGMENT**

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on August 12, 2011, having rendered its Order directing the Clerk of the Court to enter final judgment in this and all the related actions reflecting the dismissal of Greyhound's and Goodyear's claims against each other and to close this case and all related cases, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 12, 2011, final judgment is entered in this and all the related actions reflecting the dismissal of Greyhound's and Goodyear's claims against each other; accordingly, this case and all related cases are closed.

**Dated:** New York, New York
         August 16, 2011

                                             **RUBY J. KRAJICK**
                                               Clerk of Court
                       **BY:**
                                               **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____